IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARIMAH WATSON, a Minor, by and through her parent and natural guardian, KARIM WATSON | CIVIL ACTION |
| Plaintiffs | NO.: 13-CV-2605 |
| vs. | |
| BJ'S WHOLESALE CLUB, INC. | JURY TRIAL DEMANDED |
| Defendant | |

## ORDER

AND NOW, this 24TH day of Sept, 2014, upon consideration of the Petition for Leave to Compromise a Minor's Action, filed September 18, 2014, it is hereby **ORDERED** and **DECREED** that Petitioner, Karim Watson, is authorized to enter into a settlement with Defendant, BJ's Wholesale Club, Inc., in the gross sum of Sixty Thousand Dollars ($60,000.00). Defendant shall forward all settlement drafts or checks to Petitioner's counsel for proper distribution.

IT IS FURTHER **ORDERED** and **DECREED** that the settlement proceeds be allocated as follows:

TO:  ROBIN A. FEENEY, ESQUIRE/FINE AND STAUD LLP
     Counsel Fees.........................................$17,869.15
     Costs....................................................$6,385.20

TO:  Dept. of Public Welfare (lien)...............$5,305.19

TO:  Pacific Life & Annuity Services, Inc.......$30,440.46

The amount of $30,440.46 shall be distributed as follows:

Defendant's obligation of future periodic payments having a cost of $30,440.46 shall be assigned to Pacific Life & Annuity Services, Inc. through a Qualified Assignment and funded by an annuity contract issued by Pacific Life Insurance Company, rated A+XV by A.M. Best. To fund the periodic payments outlined below, Defendant will issue a check in the amount of $30,440.46 payable to Pacific Life & Annuity Services, Inc. The Assignee shall be the sole owner of the annuity policy and shall have all the rights of ownership. The Claimant shall be responsible for maintaining the current mailing address for Karimah Watson (the "Payee") with Pacific Life Insurance Company.

Periodic payments to Karimah Watson shall be made according the Schedule of Payments as follows (the "Periodic Payments"):

>  **$5,000.00** guaranteed lump sum payable on 6/06/2021 (age 18)
>  **$10,000.00** guaranteed lump sum payable on 6/6/2023 (age 20)
>  **$24,250.00** guaranteed lump sum payable on 6/6/2024 (age 21)

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro, J.*

Nitza I. Quiñones-Alejandro